880

No. 99–344. Ayres v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–347. Wilson v. Catoe, Director, South Carolina Department of Corrections, et al. C. A. 4th Cir. Certiorari denied.

No. 99–5001. Pornes-Garcia v. United States; and Sosa v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 171 F. 3d 142 (first judgment); 173 F. 3d 847 (second judgment).

No. 99–5002. Smith v. Arizona. Sup. Ct. Ariz. Certiorari denied.

No. 99–5004. Peters v. Endicott, Warden. C. A. 7th Cir. Certiorari denied.

No. 99–5005. Beck v. Angelone, Director, Virginia Department of Corrections. Sup. Ct. Va. Certiorari denied.

No. 99–5006. Tapia v. LeMaster, Warden, et al. C. A. 10th Cir. Certiorari denied.

No. 99–5008. Calloway v. Cain, Warden. C. A. 5th Cir. Certiorari denied.

No. 99–5009. Johnson v. United States. C. A. 4th Cir. Certiorari denied.

No. 99–5010. Moceo v. United States. C. A. 9th Cir. Certiorari denied.

No. 99–5011. Newman v. Kramer, Warden, et al. C. A. 9th Cir. Certiorari denied.

No. 99–5012. Kelley v. Kelley. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 99–5013. Young v. Bowersox, Superintendent, Potosi Correctional Center. C. A. 8th Cir. Certiorari denied.

No. 99–5014. Williams v. North Carolina. Sup. Ct. N. C. Certiorari denied.